Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Rideout, Appellant.

Submitted March 10, 1975. *E. Franklin Martin,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

opinion by CALDWELL, J. Submitted March 10, 1975. *Philip D. Freedman,* Assistant Public Defender, and *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Snyder, Appellant.

Submitted March 17, 1975. *Ralph W. D. Levan,* First Assistant Public De-